**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN  DIVISION

|  |  |  |
|---|---|---|
| REV. CALVIN WARREN, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| VS. | * | NO: 4:13CV00496  SWW |
| | * | |
| USA, ET AL., | * | |
| | * | |
| Defendants. | * | |

**<u>ORDER</u>**

On October 21, 2013, the Court directed plaintiff to file an application to proceed *in forma pauperis* or pay the filing fee within thirty days of entry of the Order. The Court also directed plaintiff to be familiar with and comply with the Federal Rules of Civil Procedure and the Local Rules of this Court. The Court warned plaintiff that failure to comply with the rules could result in the dismissal of his complaint.

The certified mail receipt showing delivery of the Order was filed October 31, 2013. ECF. No. 7. The Order sent by regular mail was returned as undeliverable on November 8, 2013. ECF No. 8. Plaintiff has not filed an *in forma pauperis* application or paid the filing fee.

Local Rule 5.5 (c)(2) provides that a party proceeding *pro se* has a duty to notify the Clerk of any change in his address and to prosecute his action diligently. It also states that if any communication from the Court is not responded to within thirty days, the case may be dismissed

without prejudice.

Because plaintiff failed to comply with the Order dated October 21, 2013, and failed to notify the Court of a change of address, the Court dismisses plaintiff's complaint without prejudice.

The Clerk of the Court is directed to serve this Order and the Judgment on plaintiff by booth regular and certified mail, return receipt requested.

SO ORDERED this 17th day of December, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE