**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN   DIVISION

| | | |
|---|---|---|
| REV. CALVIN WARREN, | * | |
| Plaintiff, | * | |
| VS. | * | NO: 4:13CV00496   SWW |
| USA, ET AL., | * | |
| Defendants. | * | |

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, plaintiff's complaint is dismissed without prejudice.

DATED this 17th day of December. 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE